**Electronically Filed
Supreme Court
SCWC-18-0000357
14-MAY-2020
09:21 AM**

SCWC-18-0000357

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

ERNEST J. TAVARES, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000357; Case Nos. 1PC131000445, 1PC131000874,
1PC131001281, 1PC141000052, and 1PC151000282)

ORDER DISMISSING CERTIORARI PROCEEDING
(By: Nakayama, Acting C.J., McKenna, and Pollack, JJ.,
Circuit Judge Nakasone, in place of Recktenwald, C.J., recused,
and Circuit Judge Remigio, in place of Wilson, J., recused)

Upon further consideration of the records and files in this case, it appearing that the writ of certiorari herein was improvidently granted,

IT IS HEREBY ORDERED that this certiorari proceeding is dismissed.

DATED:  Honolulu, Hawai'i, May 14, 2020.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Karen T. Nakasone

/s/ Catherine H. Remigio

